830

Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

Commonwealth *v.* Jackson, Appellant.

Submitted September 14, 1970. *Charles D. Jackson,* appellant, in propria persona; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Order affirmed.

Commonwealth *v.* Jackson, Appellant.

Argued September 14, 1970. *Lawrence E. Wood,* Assistant Public Defender, for appellant; *Thomas G. Ashton,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

Commonwealth *v.* Jackson, Appellant.

Submitted September 14, 1970. *Spencer Ervin, Jr., W. Bourne Ruthrauff,* and *Tate and Ervin,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen*

*Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Argued September 23, 1970. *Maurice S. Levy,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted September 14, 1970. *John Harris* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.